# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Suppressed

Magistrate Judge Susan E. Cox

Case No. 15-CR-744-1-2

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to a magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

*Judge John Z. Lee*

Date: Thursday, January 07, 2016

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred by lot to a magistrate judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

*Chief Judge Ruben Castillo*

Dated: Thursday, January 07, 2016

District Referral - By Lot to a Magistrate Judge

# CRIMINAL PROCEDURES

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- Arraignment(s) and/or detention hearings

- Bail/Detention Hearing(s)

EXCEPTIONS OR ADDITIONS: